# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-1557

DARREN PATTERSON CHRISTIAN ACADEMY,

        *Plaintiff*,

v.

LISA ROY, et al.,

        *Defendants*.

---

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

---

Plaintiff Darren Patterson Christian Academy states that it is a religious 501(c)(3) not-for-profit corporation. It issues no stock and has no parent corporation.

Respectfully submitted this 20th day of June 2023,

| | |
|---|---|
| s/ Jeremiah Galus | Jacob E. Reed |
| Jeremiah Galus | VA Bar No. 97181 |
| AZ Bar No. 30469 | ALLIANCE DEFENDING FREEDOM |
| David A. Cortman | 44180 Riverside Parkway |
| AZ Bar No. 29490 | Lansdowne, VA 20176 |
| Ryan J. Tucker | Telephone: (571) 707-4655 |
| AZ Bar No. 34382 | Email: jreed@ADFlegal.org |
| ALLIANCE DEFENDING FREEDOM | |
| 15100 N. 90th Street | |
| Scottsdale, AZ 85260 | |
| Telephone: (480) 444-0020 | |
| Email: jgalus@ADFlegal.org | |
|     dcortman@ADFlegal.org | *Counsel for Plaintiff* |
|     rtucker@ADFlegal.org | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2023, I electronically filed the foregoing using the CM/ECF system, and will serve the same on all parties when serving process.

s/ Jeremiah Galus
Jeremiah Galus

2