AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-01557-STV

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dawn Ordean, Colorado Dept of Early Childhood
was received by me on *(date)* 06/21/2023

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Chris D. _____, who is designated by law to accept service of process on behalf of *(name of organization)* Colorado Attorney General's Office - directed to receive service of pocess   on *(date)* 06/23/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ ___ for travel and $ 65.00 for services, for a total of $ 65.00.

I declare under penalty of perjury that this information is true.

Date: 06/23/2023

*Server's signature*

Michael SHarrock - Process Server
*Printed name and title*

Sharrock and Associates
1312 17th Street, Suite 526
Denver, Co 80202
*Server's address*

Additional information regarding attempted service, etc:
Documents included with Summons: Verified Complaint with Exhibits; Civil Case Cover Sheet; Magistrate Consent Form; Entry of Appearance (Ryan Tucker); Entry of Appearance (David Cortman); Entry of Appearance (Jake Reed); Order Setting Scheduling Conference; Plaintiff's Corporate Disclosure Statement; Case Assigned to Judge