**AFFIDAVIT OF SERVICE**

Re: Darren Patterson Christian Academy v. Lisa Roy, *et al*
United States District Court, District of Colorado
Civil Action No. 23-cv-01557-STV

STATE OF COLORADO            )
                             ) ss.
COUNTY OF   Denver           )

I, Michael Sharrock, the affiant, being first duly sworn upon oath, state that I am over the age of eighteen years and am not interested in nor a party to this action, and that I served the within *Summons; Verified Complaint with Exhibits; Civil Case Cover Sheet; Magistrate Consent Form; Entry of Appearance (Ryan Tucker); Entry of Appearance (David Cortman); Entry of Appearance (Jake Reed); Order Setting Scheduling Conference; Plaintiff's Corporate Disclosure Statement; Case Assigned to Judge* upon **Lisa Roy,** on June 23, 2023 at 1:10 p.m. at the address of 1300 Broadway, Denver, CO., by handing a true and correct copy therein to Chris D., who is authorized to accept service of process for the Colorado Attorney General's Office. Service was also effected at Colorado Department of Early Childhood Education at 710 S Ash Street, Denver, CO., on July 7, 2023 at 10:10 a.m. by handing a true and correct copy therein to Michelle Little, authorized agent.

_____
Affiant

Signed under oath before me on the 8th day of July, 2023.

_____                My Commission Expires: 01-09-2024
Notary Public

TODD DUNBAR
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20204001072
MY COMMISSION EXPIRES JAN. 9, 2024