**AFFIDAVIT OF SERVICE**

Re: Darren Patterson Christian Academy v. Lisa Roy, *et al*
United States District Court, District of Colorado
Civil Action No. 23-cv-01557-STV

STATE OF COLORADO      )
                       ) ss.
COUNTY OF __Denver__   )

I, Michael Sharrock, the affiant, being first duly sworn upon oath, state that I am over the age of eighteen years and am not interested in nor a party to this action, and that I served the within *Declaration of Joshua Drexler in Support of Plaintiff's Motion for Preliminary Injunction; Notice of Electronic Filing; Plaintiff's Motion for Preliminary Injunction and Memorandum in Support; Joint Declaration of Jason and Sarah Tippetts in Support of Plaintiff's Motion for Preliminary Injunction; and Joint Declaration of Jordan and Carrie Euler in Support of Plaintiff's Motion for Preliminary Injunction* upon **Lisa Roy** on July 10, 2023 at 2:05 p.m. at the address of 710 S Ash Street, Denver, CO., by handing a true and correct copy therein to Julie Pythian, authorized agent.

_____
Affiant

Signed under oath before me on the 12th day of July, 2023.

_____
Notary Public

My Commission Expires: 01-09-2024

TODD DUNBAR
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20204001072
MY COMMISSION EXPIRES JAN. 9, 2024