IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01557-DDD

**DARREN PATTERSON CHRISTIAN ACADEMY**
    Plaintiff,
v.

**LISA ROY**, in her official capacity as Executive Director of the Colorado Department of Early Childhood; and

**DAWN ODEAN**, in her official capacity as Director of Colorado's Universal Preschool Program,
    Defendants.

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION**

Defendant, Lisa Roy, in her official capacity as Executive Director of the Colorado Department of Early Childhood, and Dawn Odean, in her official capacity as Director of Colorado's Universal Preschool Program (collectively, "Defendants"), move for a brief extension of time to answer or otherwise respond to the Complaint and to respond to the Motion for Preliminary Injunction, to August 7, 2023. As grounds, Defendants state:

1.    Certificate of Conferral. Pursuant to D.C.COLO.LCivR 7.1(a), undersigned conferred with Plaintiff's counsel, Jeremiah Galus, regarding the relief requested by this Motion on July 19, 2023. Mr. Galus indicated that Plaintiff does not oppose the relief requested.

1

2.This is Defendants' first motion for an extension of time to file a responsive pleading. Defendants request a brief extension of time from July 28, 2023 for the Answer to the Complaint and from July 31, 2023, for the Response to the Motion for Preliminary Injunction, to August 7, 2023.

3.Under D.C.COLO.LCivR 6.1(c), the undersigned certifies that this Motion has been contemporaneously served on her client.

4.On June 20, 2023, Plaintiff filed a Complaint [ECF No. 1].

5.On July 10, 2022, the Affidavits of Service on both Defendants were filed [ECF Nos. 18 and 19] noting Defendants were served with the Summons and Complaint in this matter on July 8, 2023.

6.The answer or response to the Complaint under Fed. R. Civ.P. 12(b) is currently due on or before July 28, 2023.

7.On July 10, 2023, Plaintiff also filed a Motion for Preliminary Injunction. The response is currently due on or before July 31, 2023.

8.Pursuant to Fed. R. Civ. P. 6(b)(1) and D.C.COLO.LCivR 6.1, a party may move for an extension of time to file a pleading. In its discretion, the Court may extend a deadline for good cause. *Rachel v. Troutt*, 820 F.3d 390, 394 (10th Cir. 2016). This rule is liberally construed to advance the goal of fully trying each case on the merits. *Id.*

9.Defendants seek an extension of time from the current deadline for the responsive pleading to the Complaint from July 28, 2023 to August 7, 2023.

Defendants also seek an extension of time to file their response to the motion for injunction to August 7, 2023.

10. This case is in its infancy. The Court has not yet held a Scheduling Conference, and the parties have not yet begun discovery. In addition, there is no trial date set in this matter, so the trial date will not be impacted by the requested extension of time. The relief requested is also unopposed.

WHEREFORE, based on the reasons set forth above, Defendants respectfully request that this Court enter an order extending the deadlines for their responsive pleading to the Complaint and response to the Motion for Preliminary Injunction to August 7, 2023

Respectfully submitted this 20th day of July, 2023.

PHILIP J. WEISER
Attorney General

*s/* Virginia Carreno
VIRGINIA CARRENO, #40998*
Second Assistant Attorney General
NICOLE RUST, #45225*
Assistant Attorney General II
KENDRA YATES, #46360*
Assistant Attorney General II
JANNA K. FISCHER, #44952
Senior Assistant Attorney General I
Colorado Attorney General's Office
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: (720) 508-6000

Email: virginia.carreno@coag.gov
niki.rust@coag.gov
kendra.yates@coag.gov
janna.fischer@coag.gov
*Attorneys for Defendants*
\*Counsel of Record

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION** upon all parties herein by e-filing with the CM/ECF system maintained by the Court on July 20, 2023, addressed as follows:

Jacob E. Reed
44180 Riverside Parkway
Lansdowne, VA 20176
Email: jreed@ADFlegal.org

David A. Cortman
Ryan J. Tucker
Jeremiah Galus
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Email: dcortman@ADFlegal.org
          jgalus@ADFlegal.org
          rtucker@ADFlegal.org

*Attorneys for Plaintiffs*

                                                  *s/* Bonnie Smith
                                                  *Bonnie Smith*