| Payment File | Application ID | Program Type | Award Type | Payment Amount | License Number | Provider Name |
|---|---|---|---|---|---|---|
| 2023-08 - UPK Payments - 2023/2024 | 1147284 | 4 Year Old - Full Day | 15 hours | $601.82 | 45988 | BUSY BEES PRESCHOOL |
| 2023-08 - UPK Payments - 2023/2024 | 3116682 | 4 Year Old - Full Day | 15 hours | $601.82 | 45988 | BUSY BEES PRESCHOOL |
| 2023-08 - UPK Payments - 2023/2024 | 3263768 | 4 Year Old - Full Day | 15 hours | $601.82 | 45988 | BUSY BEES PRESCHOOL |
| 2023-08 - UPK Payments - 2023/2024 | 8174440 | 4 Year Old - Full Day | 15 hours | $601.82 | 45988 | BUSY BEES PRESCHOOL |
| 2023-08 - UPK Payments - 2023/2024 | 3073504 | 4 Year Old - Full Day | 15 hours | $601.82 | 45988 | BUSY BEES PRESCHOOL |
| 2023-08 - UPK Payments - 2023/2024 | 4427771 | 4 Year Old - Full Day | 15 hours | $601.82 | 45988 | BUSY BEES PRESCHOOL |
| 2023-08 - UPK Payments - 2023/2024 | 8253727 | 4 Year Old - Full Day | 15 hours | $601.82 | 45988 | BUSY BEES PRESCHOOL |
| 2023-08 - UPK Payments - 2023/2024 | 3840848 | 4 Year Old - Full Day | 15 hours | $601.82 | 45988 | BUSY BEES PRESCHOOL |
| 2023-08 - UPK Payments - 2023/2024 | 4443922 | 4 Year Old - Full Day | 15 hours | $601.82 | 45988 | BUSY BEES PRESCHOOL |
| 2023-08 - UPK Payments - 2023/2024 | 1449487 | 4 Year Old - Full Day | 15 hours | $601.82 | 45988 | BUSY BEES PRESCHOOL |
| 2023-08 - UPK Payments - 2023/2024 | 8356254 | 4 Year Old - Full Day | 15 hours | $601.82 | 45988 | BUSY BEES PRESCHOOL |
| 2023-08 - UPK Payments - 2023/2024 | 7028921 | 4 Year Old - Full Day | 15 hours | $601.82 | 45988 | BUSY BEES PRESCHOOL |
| 2023-08 - UPK Payments - 2023/2024 | 4953938 | 4 Year Old - Full Day | 15 hours | $601.82 | 45988 | BUSY BEES PRESCHOOL |
| 2023-08 - UPK Payments - 2023/2024 | 3062861 | 4 Year Old - Full Day | 15 hours | $601.82 | 45988 | BUSY BEES PRESCHOOL |
| 2023-08 - UPK Payments - 2023/2024 | 5892403 | 4 Year Old - Full Day | 15 hours | $601.82 | 45988 | BUSY BEES PRESCHOOL |
| 2023-08 - UPK Payments - 2023/2024 | 2881371 | 4 Year Old - Full Day | 15 hours | $601.82 | 45988 | BUSY BEES PRESCHOOL |
| 2023-08 - UPK Payments - 2023/2024 | 1383909 | 4 Year Old - Full Day | 15 hours | $601.82 | 45988 | BUSY BEES PRESCHOOL |
| 2023-08 - UPK Payments - 2023/2024 | 7439569 | 4 Year Old - Full Day | 15 hours | $601.82 | 45988 | BUSY BEES PRESCHOOL |

EXHIBIT 1001