IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Daniel D. Domenico**

Civil Action No. 1:23-cv-01557-DDD-STV

DARREN PATTERSON CHRISTIAN ACADEMY,

    Plaintiff,

v.

LISA ROY, in her official capacity as Executive Director of the Colorado Department of Early Childhood; and
DAWN ODEAN, in her official capacity as Director of Colorado's Universal Preschool Program

    Defendants.

---

**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON MOTION FOR PRELIMINARY INJUNCTION AND MOTION TO DISMISS**

---

Before the Court is Plaintiff's Motion for Preliminary Injunction, Doc. 14, and Defendants' Motion to Dismiss, Doc. 28. The Court finds it appropriate to set a unified briefing schedule on these two motions and to set a joint hearing on the motions.

It is therefore **ORDERED** that:

- The deadlines for Plaintiff's reply in support of the preliminary-injunction motion and Plaintiff's response to Defendants' motion to dismiss are both vacated. Instead, Plaintiff must file a single brief not to exceed **6,000 words** on or before **September 7, 2023** that jointly addresses Defendants' response to the preliminary-injunction motion, Doc. 29, and the motion to dismiss, Doc. 28; and

- 1 -

- The deadline for Defendants' reply in support of their motion to dismiss is vacated. Instead, Defendants may file a single brief not to exceed **3,000 words** on or before **September 28, 2023** addressing any arguments raised in Plaintiff's September 7 brief.

It is **FURTHER ORDERED** that:

- A **two-hour** hearing on Plaintiff's preliminary-injunction motion, Doc. 14, and Defendants' motion to dismiss, Doc. 28, is **SET** for **October 5, 2023** at **9:30 am**;

- Pursuant to Federal Rule of Civil Procedure 43(c), all direct witness testimony must be submitted by affidavit in advance of the hearing, and live testimony at the hearing will be limited to cross-examination and redirect examination. Both sides' witness affidavits, to the extent not already in the record, must be filed electronically on or before the aforementioned briefing deadlines for each side, *i.e.*, Plaintiff's witness affidavits are due on or before **September 7, 2023**, and Defendants' witness affidavits are due on or before **September 28, 2023**;

- At the hearing, each side will be allotted time for an opening statement, cross-examination and redirect examination of witnesses, and closing argument. The parties are advised that the Court intends to set time limits for each side and to focus the hearing on legal argument. Counsel should be prepared to answer questions from the Court during closing arguments;

- The parties must file their exhibit and witness lists for the hearing, including an estimate of the time required for their cross-examination of each witness, by **noon** on **October 2, 2023**. Exhibit and witness list forms can be found at http://www.cod.

- 2 -

uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonDanielDDomenico.aspx;

- The parties must provide the Court with electronic copies of their exhibits by **noon** on **October 2, 2023**. The exhibits may be submitted by email to Domenico_Chambers@cod.uscourts.gov as attachments or via secure download link, or delivered to the Court on USB flash drive. If submitted on flash drive, three copies must be provided. Except for any video or audio exhibits, the exhibits must be in PDF file format. The file name for each exhibit must include the exhibit number and description (*e.g.*, "Exhibit 1 - Smith Affidavit"). Consult DDD Civ. P.S. II(C) regarding numbering of exhibits;

- The parties must exchange with each other, whether electronically or in hard copy, the exhibits listed on their exhibit lists by **noon** on **October 2, 2023**; and

- Any motions affecting the hearing must be filed by **5:00 p.m.** on **October 2, 2023**, with responses due by **5:00 p.m.** on **October 3, 2023**. No replies will be permitted without leave of Court.

DATED: August 16, 2023

BY THE COURT:

~~Daniel D.~~ Domenico
United States District Judge

- 3 -