IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01557-DDD-STV

**DARREN PATTERSON CHRISTIAN ACADEMY**
    Plaintiff,
v.

**LISA ROY**, in her official capacity as Executive Director of the Colorado Department of Early Childhood; and

**DAWN ODEAN**, in her official capacity as Director of Colorado's Universal Preschool Program,
    Defendants.

## MOTION TO WITHDRAW AS COUNSEL

Assistant Attorney General Kendra Yates respectfully moves to withdraw as counsel for Defendants Lisa Roy, in her official capacity as Executive Director of the Colorado Department of Early Childhood and Dawn Odean, in her official capacity as Director of Colorado's Universal Preschool Program.

In support of this motion, Ms. Yates states as follows:

1.    Under D.C.COLO.LCivR 7.1(b)(4), undersigned counsel was not required to confer with Plaintiff before filing this Motion.

2.    The withdrawing attorney certifies that she has complied with all outstanding orders of the Court.

3.    Attorneys Virginia Carreno, Ryan Lorch, Janna Fischer, Brianna Tancher and Michele Mulhausen remain active counsel for Defendants.

1

Respectfully submitted this 27th day of September, 2023.

                                           PHILIP J. WEISER
                                           Attorney General

                                           *s/* Kendra L. Yates
                                           KENDRA L. YATES
                                           CO Bar No. #46360*
                                           Assistant Attorney General II
                                           Colorado Attorney General's Office
                                           1300 Broadway, 6th Floor
                                           Denver, Colorado 80203
                                           Telephone: (720) 508-6358
                                           Email: kendra.yates@coag.gov
                                           *Attorney for Defendants*
                                           *Counsel of Record

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **MOTION TO WITHDRAW AS COUNSEL** upon all parties herein by e-filing with the CM/ECF system maintained by the Court on September 27, 2023, addressed as follows:

Jacob E. Reed
44180 Riverside Parkway
Lansdowne, VA 20176
Email: jreed@ADFlegal.org

David A. Cortman
Ryan J. Tucker
Jeremiah Galus
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Email: dcortman@ADFlegal.org
       jgalus@ADFlegal.org
       rtucker@ADFlegal.org

*Attorneys for Plaintiff*

                                        *s/* Bonnie Smith
                                        Bonnie Smith