## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01557-DDD-STV

**DARREN PATTERSON CHRISTIAN ACADEMY**
        Plaintiff,
v.

**LISA ROY**, in her official capacity as Executive Director of the Colorado
Department of Early Childhood; and

**DAWN ODEAN**, in her official capacity as Director of Colorado's Universal
Preschool Program,
        Defendants.

## MOTION TO WITHDRAW AS COUNSEL

Assistant Attorney General Nicole Rust respectfully moves to withdraw as

counsel for Defendants Lisa Roy, in her official capacity as Executive Director of the

Colorado Department of Early Childhood and Dawn Odean, in her official capacity

as Director of Colorado's Universal Preschool Program.

In support of this motion, Ms. Rust states as follows:

1.      Under D.C.COLO.LCivR 7.1(b)(4), undersigned counsel was not

required to confer with Plaintiff before filing this Motion.

2.      The withdrawing attorney certifies that she has complied with all

outstanding orders of the Court.

3.      Attorneys Virginia Carreno, Ryan Lorch, Janna Fischer, Brianna

Tancher and Michele Mulhausen remain active counsel for Defendants.

1

Respectfully submitted this 27th day of September, 2023.

PHILIP J. WEISER
Attorney General

<u>s/ Nicole Rust</u>
NICOLE RUST
CO Bar No. #45225*
Assistant Attorney General II
Colorado Attorney General's Office
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: (720) 508-6139
Email: niki.rust@coag.gov
*Attorney for Defendants*
*Counsel of Record

## **CERTIFICATE OF SERVICE**

I certify that I served the foregoing **MOTION TO WITHDRAW AS**

**COUNSEL** upon all parties herein by e-filing with the CM/ECF system maintained

by the Court on September 27, 2023, addressed as follows:

Jacob E. Reed
44180 Riverside Parkway
Lansdowne, VA 20176
Email: jreed@ADFlegal.org

David A. Cortman
Ryan J. Tucker
Jeremiah Galus
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Email: dcortman@ADFlegal.org
         jgalus@ADFlegal.org
         rtucker@ADFlegal.org

*Attorneys for Plaintiff*

                                                    *s/* Bonnie Smith
                                                    Bonnie Smith