THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01557-DDD-STV

**DARREN PATTERSON CHRISTIAN ACADEMY**
    Plaintiff,
v.

**LISA ROY**, in her official capacity as Executive Director of the Colorado Department of Early Childhood; and
**DAWN ODEAN**, in her official capacity as Director of Colorado's Universal Preschool Program,
    Defendants.

## SUPPLEMENTAL DECLARATION OF DAWN ODEAN IN SUPPORT OF MOTION TO DISMISS

I, DAWN ODEAN, hereby declare under oath as follows:

1. I am a citizen of the United States and resident of the State of Colorado. I am competent to make this declaration under oath, and make this declaration based on my personal knowledge.

2. As of September 2023:

    a. 61% (38,231) of the projected population of all 4-year-old children in Colorado accepted a match or are already enrolled in preschool through the Program.

    b. 1,905 child care providers are participating in the Program.

    c. Of the children matched to providers, 94% of families received one of their top 2 choices and 82% of families received their top choice.

    d. There are 40 faith-based providers participating in the Program.

    e. The Program matched 904 children with faith-based providers.

3. Plaintiff continues to participate in the Program as a preschool provider.

1

4. As of September 2023, there are 166 Program seats for 4-year-olds in Chaffee County.

5. As of September 2023, there are 47 open and available Program seats for 4-year-olds in Chaffee County.

6. When families register for the Program, they can choose from public, private, or parochial schools to provide preschool services to their children.

7. Only families that select faith-based providers can be matched with faith-based providers.

8. Only families that select the Plaintiff as a provider can be matched with Plaintiff.

9. After a child is matched to a Program provider, the family must still accept the match before the child can be enrolled and begin preschool through the Program.

10. Only children whose families accept the match with Plaintiff will ultimately be enrolled and begin to receive preschool services with Plaintiff.

11. The Department matched 20 children with Plaintiff's preschool and Plaintiff has been providing Program services to children enrolled through the Program since August, 2023.

12. The families of all 20 children matched to Plaintiff's preschool selected Plaintiff as their number one choice for a Program provider.

13. Of the 20 children matched with Plaintiff, 12 of their families have pre-existing relationships with the Plaintiff. Some of the children were already enrolled with Plaintiff's preschool before reaching the eligibility age to participate in the Program and are continuing care through the Program. Others are siblings of students already enrolled in Plaintiff's academy.

14. All children receiving Program services were enrolled with Plaintiff after their family completed the Program's application and enrollment process.

15. The Department has not received any complaints from parents of children enrolled with Plaintiff related to Program services rendered by Plaintiff.

16. The Department has not received any complaints from employees of Plaintiff or prospective employees related to the Program services rendered by Plaintiff.

17. As a result, the Department has not investigated Plaintiff for any complaint or violation of the Program contract.

18. The Department has not received any complaints regarding discrimination from parents of children enrolled though Plaintiff's licensed child care facility.

19. The Department has not received any complaints from employees of Plaintiff or prospective employees related to Plaintiff's licensed child care facility.

20. Program funding is paid monthly per child, based on the Program rates and each individual child's eligibility.

21. Most children qualify for up to 15 weekly hours of funding, but certain children can qualify for up to 30 weekly hours[1] of Program funding.

22. On July 27, 2023, Plaintiff's Preschool Director emailed the Program vendor to request a copy of the Program's payment form.

23. On July 27, 2023, Plaintiff's Preschool Director confirmed the bank account information for Plaintiff to receive Program payments.

24. The Department's vendor paid Plaintiff for all children matched and enrolled through the Program based on the Program rate for those children.

25. The Department's vendor will continue to pay Plaintiff for all children enrolled in its preschool through the Program.

26. The Department's vendor has already paid Plaintiff $24,989.32 for Program services.

---

[1] 8 CCR 1404-1 Section 4.103.

27. On September 8, 2023, the Department's vendor paid Plaintiff $1,661.90 for additional children who were matched with Plaintiff through the Program in the month of August.

28. On September 8, 2023, the Department's vendor paid Plaintiff its second tuition payment of $12,494.66 for all children matched and enrolled in its Program.

29. Plaintiff is scheduled to receive a third tuition payment on October 6, 2023.

30. On August 8, 2023, Plaintiff's Preschool Director inquired about whether one of the enrolled students would qualify for additional hours of preschool through the Program.

31. The Department's vendor paid Plaintiff for 30 hours of Program services for this student based on additional Program eligibility.

32. Plaintiff has already delivered the Program services under its Agreement with the Department for the month of August and for most of the month of September.

33. The Department will pay providers for all Program related services provided. The Department will seek to recover payments from providers only for egregious conduct such as fraud or failure to actually provide services. The Department has no intention to seek recoupment of funds for services actually provided during the life of the contract. The remedies set forth in contract do not provide for such recoupment.

34. The Department has begun the rulemaking process, starting with stakeholder engagement.

35. The Department recently released a draft concept for the Program's Quality Standards for public review and comment.[2]

36. On September 11, 2023, the Department held a public stakeholder webinar to discuss the Quality Standards.

---

[2] https://cdec.colorado.gov/public-notice-information.

4

37. The Department accepted stakeholders' written comments, suggested questions for inclusion in the Department's FAQs, and suggested changes to the Quality Standards up through September 22, 2023.

38. The Department will review and consider all submitted feedback before drafting proposed rules for the Quality Standards.

39. The proposed rules will be reviewed by the Department's Rules Advisory Council[3] early next year.

40. Stakeholders will have additional opportunities to provide feedback about the Quality Standards.

41. The Department expects the final rules related to Quality Standards to be adopted in the Spring of 2024.

42. The Department is in the process of updating its Program Provider Agreement for the 2024-2025 school year.

43. The Quality Standards promulgated in rule may be incorporated into or replace the language in the Provider Agreement.

44. As stated in my prior declaration, to obtain and retain a child care license, a provider must not violate the child care licensing rules. Doc. 28-1 ¶ 30.

45. All licensed providers are subject to the non-discrimination provisions of Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000D ET SEQ. (2018), and its implementing regulation, 45 C.F.R. Part 80 (2018); the Age Discrimination Act of 1975, 42 U.S.C. §§ 6101-6017 (2018) and its implementing regulation, 45 C.F.R., Part 91 (2018); Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794 (2018), and its implementing regulation, 45 C.F.R. Part 84 (2018). 12 CCR 2509-8, Section 7.701.14.[4]

---

[3] *See* Colo. Rev. Stat. § 26.5-1-105(2)(a) and (j)(2023).

[4] Paragraph 30 of the August 7, 2023 Declaration inadvertently cited to language from a section contained within 12 CCR 2509-8 which is only applicable to certain types of child care providers and facilities. Doc. 28-1 ¶ 30.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 28th day of September 2023, in Denver, Colorado.

                                          /s/ Dawn Odean
                                          Dawn Odean