### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01557-DDD-STV

**DARREN PATTERSON CHRISTIAN ACADEMY**
     Plaintiff,
v.

**LISA ROY**, in her official capacity as Executive Director of the Colorado Department of Early Childhood; and

**DAWN ODEAN**, in her official capacity as Director of Colorado's Universal Preschool Program,
     Defendants.

---

## DEFENDANTS' GLOSSARY OF TERMS FOR OCTOBER 5, 2023 HEARING

---

Defendant, Lisa Roy, in her official capacity as Executive Director of the Colorado Department of Early Childhood, and Dawn Odean, in her official capacity as Director of Colorado's Universal Preschool Program (collectively, "Defendants") provide the following glossary of terms for the October 5, 2023, hearing pursuant to Paragraph II.B.2. of the Judge's Practice Standards for Civil Cases and state as follows:

1.    The Defendants wish to provide the Court with the definitions of various acronyms and terms commonly used by the Colorado Department of Early Childhood.  Such terms are listed below with their accompanying acronym.

- CDEC – Colorado Department of Early Childhood, the "Department"

- CDHS – Colorado Department of Human Services

- CPP – Colorado Preschool Program

1

- LCO – Local Coordinating Organization

- Mixed Delivery System means a system for delivering preschool services
  through a combination of school- and community-based preschool providers,
  which include family child care homes, child care centers, and head start
  agencies, that are funded by a combination of public and private money. Colo.
  Rev. Stat. § 26.5-4-203 (2023)

- RAC – Rules Advisory Council

- UPK – Universal Preschool Program, the "Program"

Respectfully submitted this 29th day of September, 2023.

> PHILIP J. WEISER
> Attorney General
>
> s/Virginia R. Carreno
> *VIRGINIA R. CARRENO, #40998\**
> Second Assistant Attorney General
> *JANNA K. FISCHER*, #44952*
> Senior Assistant Attorney General
> RYAN LORCH, #51450*
> Senior Assistant Attorney General
> BRIANNA S. TANCHER, #55177*
> Assistant Attorney General
> Colorado Attorney General's Office
> 1300 Broadway, 6th Floor
> Denver, Colorado 80203
> Telephone: (720) 508-6000
> Email:virginia.carreno@coag.gov
>       janna.fischer@coag.gov
>       ryan.lorch@coag.gov
>       brianna.tancher@coag.gov
> *Attorneys for Defendants*
> *Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2023, I electronically filed the foregoing **DEFENDANTS' GLOSSARY OF TERMS FOR OCTOBER 5, 2023 HEARING** with the Clerk of Court using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system:

Jacob E. Reed
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
Email: jreed@ADFlegal.org

David A. Cortman
Ryan J. Tucker
Jeremiah Galus
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Email: dcortman@ADFlegal.org; rtucker@ADFlegal.org; jgalus@ADFlegal.org

*Attorneys for Plaintiff*

*s/* Bonnie Smith
Bonnie Smith