IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge Daniel D. Domenico

Case No. **1:23-cv-01557**          Date: **October 2, 2023**

Case Title: **Darren Patterson Christian Academy v. Lisa Roy and Dawn Odean**

DEFENDANTS' WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| **Joshua Drexler cross-examination** | **October 5, 30 minutes** |
| **Dawn Odean rebuttal** (If called by Plaintiff) | **October 5, 15 minutes** |