CASE CAPTION: **Darren Patterson Christian Academy v. Lisa Roy, et al.**

CASE NO.: **1:23-cv-01557-DDD**

EXHIBIT LIST OF: **Lisa Roy and Dawn Odean, Defendants**

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 10 | Josh Drexler | May 12, 2023, Letter from J. Drexler to LCO | | | | | |
| 1001 | Dawn Odean or Josh Drexler | August Payment Sheet | | | | | |
| 1002 | Dawn Odean if called for redirect or Josh Drexler | September Payments Sheets | | | | | |
| 1003 | Josh Drexler | J. Drexler Declaration | | | | | |
| 1004 | Josh Drexler | Darren Patterson Christian Academy Handbook Rev. March 2022 | | | | | |
| 1005 | Josh Drexler | Euler Declaration | | | | | |
| 1006 | Josh Drexler | Tippet Declaration | | | | | |
| 1007 | Josh Drexler or Dawn Odean if called for redirect | Darren Patterson Christian Academy UPK Profile (also available at: https://upk.colorado.gov/providers/64e77e32-707e-46a5-b23f-c19f0f974751) | | | | | |
| 1008 | Josh Drexler | Darren Patterson Christian Academy 2022-2023 Enrollment Packet | | | | | |
| 1009 | Josh Drexler | July Emails between Lubbers and Program Vendor | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 1010 | Josh Drexler | J. Drexler Supplemental Declaration to Motion for PI Reply | | | | | |
| 1011 | Josh Drexler | CIRCLE Grant Program Beneficiary Contract | | | | | |
| 1012 | Josh Drexler | June 20, 2023 letter from J Drexler to families regarding litigation | | | | | |
| 1013 | Josh Drexler | August emails between Lubbers and Vendor | | | | | |
| 1014 | Josh Drexler | Busy Bees Complete Handbook Revised January 2022 | | | | | |
| 1015 | Dawn Odean if called for redirect | D. Odean Declaration to MTD/PI Response | | | | | |
| 1016 | Dawn Odean if called for redirect | D. Odean Supplemental Declaration | | | | | |
| 1017 | Josh Drexler | DPCA CCCAP Fiscal Agreement | | | | | |
| 1018 | Josh Drexler | CO Shines Profile (also available at: https://www.coloradoshines.com/program_details?id=001o000000JBEgxAAH) | | | | | |
| 1019 | Josh Drexler | DPCA September Pay File (with redactions) | | | | | |
| | | | | | | | |
| | | | | | | | |