IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO

Civil Action No.: 1:23-cv-01557-DDD-STV         Date:  October 5, 2023
Courtroom Deputy:  Robert R. Keech                Court Reporter: Tammy Hoffschildt

*Parties:*                                                                       *Counsel:*

DARREN PATTERSON CHRISTIAN ACADEMY,             Jeremiah Galus
                                                                                    Jacob E. Reed
    Plaintiff,                                                          David A. Cortman

v.

LISA ROY, in her official capacity as Executive           Brianna S. Tancher
Director of the Colorado Department of Early              Janna K. Fischer
Childhood; and DAWN ODEAN, in her official                Virginia R. Carreno
capacity as Director of Colorado's Universal              Michelle K. Mulhausen
Preschool Program,

    Defendants.

## COURTROOM MINUTES

**MOTION HEARING**

**9:33 a.m.      Court in session.**

Appearances of counsel.

Court's opening remarks.

9:38 a.m.      Opening statement by Plaintiff by Mr. Galus.

9:42 a.m.      Opening statement by Defendants by Ms. Fischer.

| | |
|---|---|
| 9:47 a.m. | Plaintiff's witness **Joshua Drexler** sworn. |

Cross examination by Defendant by Ms. Carreno.
**Exhibit(s) identified:** 1003, 1004, 1014, 1007, 1008, 10, 1011, 1018, 1017

| | |
|---|---|
| 10:31 a.m. | Plaintiff rests and Defendants have no evidence to present. |
| **10:31 a.m.** | **Court in recess.** |
| **10:52 a.m.** | **Court in session.** |

**Exhibits 1, 6-13 RECEIVED.**

| | |
|---|---|
| 10:54 a.m. | Closing argument by Plaintiff by Mr. Galus. |

**Exhibits 10, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1010, 1011, 1012, 1014, 1015, 1016, 1017, 1018, 1019 RECEIVED.**

| | |
|---|---|
| 11:25 a.m. | Closing argument by Defendants by Ms. Fischer. |
| 11:47 a.m. | Rebuttal argument by Plaintiff by Mr. Galus. |
| **ORDERED:** | [14] Plaintiff's Motion for Preliminary Injunction is **TAKEN UNDER ADVISMENT.** |
| **ORDERED:** | [28] Defendants' Motion to Dismiss Plaintiff's Complaint is **TAKEN UNDER ADVISEMENT.** |
| | Court indicates a written order is forthcoming. |
| **11:55 a.m.** | **Court in recess. Hearing concluded. Total in court time:  2:01** |

**CLERK'S NOTE: Original exhibits were returned to counsel at the conclusion of the hearing.**