IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-1557-DDD-STV

DARREN PATTERSON CHRISTIAN
ACADEMY,

    *Plaintiff*,

 v.

LISA ROY, et al.,

    *Defendants*.

---

## PLAINTIFF'S RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL FACTS

---

  After this Court held a hearing and oral argument on the pending motions, Defendants notified the Court that an additional tuition payment had been sent to Plaintiff Darren Patterson Christian Academy. ECF No. 51. But as this Court knows, the school's use of those funds requires it to comply with the State's nondiscrimination rules, which conflict with the school's religious beliefs and practices. So the new payment doesn't solve the problem any more than the old one did. As the Governor put it *after* the State made its first payment: religious schools receiving government dollars must "agree" with the State's "basic values" and cannot "discriminate."[1]

---

[1] Gabrielle Franklin, *Polis: Catholic schools that want universal pre-K must not discriminate*, FOX 31 (Aug. 17, 2023), https://kdvr.com/news/local/colorado-universal-preschool-catholic-lawsuit-polis/.

No one disputes that the school's religious policies and practices violate the challenged nondiscrimination rules. Yet the State refuses to grant the school an exemption or to disavow enforcement. To the contrary: the Court repeatedly asked the State at the October 5th hearing whether it would investigate complaints or otherwise enforce its rules against the school, and each time the State refused to disavow enforcement. Given the important First Amendment rights at stake, such a "staunch refusal to disavow" carries "heavy weight." *Peck v. McCann*, 43 F.4th 1116, 1133 (10th Cir. 2022).

The "supplemental facts" do not change any of this. The State continues to deny the school an exemption despite accommodating preschools operated by congregational houses of worship—the precise sort of unequal treatment that not only confers standing but also triggers strict scrutiny. *See Fulton v. City of Philadelphia*, 141 S. Ct. 1868, 1882 (2021) (strict scrutiny applies if the government denies a religious exemption "while making them available to others"). And the State's refusal to disavow means the school continues to face a credible threat of enforcement for engaging in constitutionally protected activities. This, too, confirms standing. *See Colo. Union of Taxpayers, Inc. v. Griswold*, No. 22-1122, 2023 WL 5426581, at *1 (10th Cir. Aug. 23, 2023) (plaintiff has standing if it "intentionally violate[s]" the law and there is a credible "fear of enforcement").

Dated: October 13, 2023        s/ Jeremiah Galus
                                            David A. Cortman, AZ Bar No. 29490
                                            Ryan J. Tucker, AZ Bar No. 34382
                                            Jeremiah Galus, AZ Bar No. 30469
                                            ALLIANCE DEFENDING FREEDOM
                                            15100 N. 90th Street
                                            Scottsdale, AZ 85260
                                            Telephone: (480) 444-0020
                                            Email: jgalus@ADFlegal.org

                            Jacob E. Reed, VA Bar No. 97181
                            ALLIANCE DEFENDING FREEDOM
                            44180 Riverside Parkway
                            Lansdowne, VA 20176
                            Telephone: (571) 707-4655
                            Email: jreed@ADFlegal.org

                            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 13, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

      Dated:  October 13, 2023

                            s/ Jeremiah Galus
                            Jeremiah Galus
                            Attorney for Plaintiff