IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01557-DDD-STV

**DARREN PATTERSON CHRISTIAN ACADEMY**
  Plaintiff,
v.

**LISA ROY**, in her official capacity as Executive Director of the Colorado Department of Early Childhood; and

**DAWN ODEAN**, in her official capacity as Director of Colorado's Universal Preschool Program,
  Defendants.

## DEFENDANTS' JURY DEMAND

On June 20, 2023, Plaintiff filed a Complaint (ECF #1). Defendants filed a Motion to Dismiss on August 7, 2023 (ECF #28). This Court denied the Motion to Dismiss on October 21, 2023 (ECF #53). Defendants filed their Answer to the Complaint (ECF #54) on November 3, 2023.

Pursuant to F.R.C.P. 38(b), Defendants demand a trial by jury of all issues so triable.

Respectfully submitted this November 9, 2023.

PHILIP J. WEISER
Attorney General

*s/ Virginia R. Careno*
VIRGINIA R. CARRENO, #40998*

1

                Second Assistant Attorney General
*JANNA K. FISCHER*, #44952\*
Senior Assistant Attorney General
MICHELE MULHAUSEN, #42428
Assistant Attorney General
BRIANNA S. TANCHER, #55177\*
Assistant Attorney General
Colorado Attorney General's Office
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: (720) 508-6000
Email: virginia.carreno@coag.gov
janna.fischer@coag.gov
michele.mulhausen@coag.gov
brianna.tancher@coag.gov
*Attorneys for Defendants*
\*Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2023, I electronically filed the foregoing **DEFENDANTS' JURY DEMAND** with the Clerk of Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system:

Jacob E. Reed
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
Email: jreed@ADFlegal.org

David A. Cortman
Ryan J. Tucker
Jeremiah Galus
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Email: dcortman@ADFlegal.org; rtucker@ADFlegal.org; jgalus@ADFlegal.org
*Attorneys for Plaintiff*

                *s/* Bonnie Smith
                Bonnie Smith

2