IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01557-DDD-STV

**DARREN PATTERSON CHRISTIAN ACADEMY**
    Plaintiff,
v.

**LISA ROY**, in her official capacity as Executive Director of the Colorado Department of Early Childhood; and

**DAWN ODEAN**, in her official capacity as Director of Colorado's Universal Preschool Program,
    Defendants.

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Defendants Lisa Roy, in her official capacity as Executive Director of the Colorado Department of Early Childhood; and Dawn Odean, in her official capacity as Director of Colorado's Universal Preschool Program.

Respectfully submitted this 14th day of December, 2023.

                        PHILIP J. WEISER
                        Attorney General

                        <u>s/ J. Gregory Whitehair</u>
                        J. GREG WHITEHAIR
                        CO Reg. Number: 13523
                        Assistant Attorney General II
                        1300 Broadway, 10th Floor
                        Denver, CO 80203
                        Telephone: 720-508-6584
                        Email: greg.whitehair@coag.gov
                        *Attorney for Defendants*

1

## CERTIFICATE OF SERVICE

      I certify that I served the foregoing **ENTRY OF APPEARANCE** upon all parties herein by e-filing with the CM/ECF system maintained by the Court on December 14, 2023, addressed as follows:

Jacob E. Reed
44180 Riverside Parkway
Lansdowne, VA 20176
Email: jreed@ADFlegal.org

David A. Cortman
Ryan J. Tucker
Jeremiah Galus
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Email: dcortman@ADFlegal.org
       jgalus@ADFlegal.org
       rtucker@ADFlegal.org

*Attorneys for Plaintiff*

                                            *s/* Bonnie Smith
                                            Bonnie Smith