IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01557-DDD-STV

**DARREN PATTERSON CHRISTIAN ACADEMY**

    Plaintiff,

v.

**LISA ROY**, in her official capacity as Executive Director of the Colorado Department of Early Childhood; and

**DAWN ODEAN**, in her official capacity as Director of Colorado's Universal Preschool Program,

    Defendants.

## JOINT AMENDED SCHEDULING ORDER

Plaintiff Darren Patterson Christian Academy and Defendants Lisa Roy and Dawn Odean (collectively, "the parties"), by and through their respective counsel, hereby submit their Joint Proposed Amended Scheduling Order pursuant to ECF No. 8, ECF No. 35, and D.C.COLO.LCivR 16.2.

The parties jointly request that this Court adopt the following revised discovery and disclosure deadlines and vacate the Scheduling Conference set for February 13, 2024.

A.    *Statement as to when Rule 26(a)(1) disclosures were made or will be made:*

The parties exchanged initial Fed. R. Civ. P. 26(a)(1) disclosures on November 3, 2023.

B.    *Statement concerning any agreements to conduct informal discovery:*

In the prior Scheduling Order, the parties advised there were no such agreements. Since that time, the parties have both propounded and responded to written discovery.

1

C. *Deadline for service of Interrogatories, Requests for Production of Documents and/or Admissions:*

March 22, 2024 (consistent with the parties' agreement in ECF No. 36 p.7).

D. *Discovery Cut-off:*

April 22, 2024

E. *Expert Witness Disclosure:*

The parties shall designate all experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before April 22, 2024.

The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) regarding rebuttal experts on or before May 30, 2024.

F. *Expert Discovery Cut Off:*

June 13, 2024.

G. *Dispositive Motions Deadline:*

June 21, 2024

H. The February 13, 2024, status conference is vacated. A final pretrial conference will be set at a future date by Judge Domenico.

I. *Anticipated length of trial and whether trial is to the court or jury:*

The parties anticipate a trial (if needed) lasting no longer than 3 days. Plaintiff would expect any trial will be to the Court. On November 9, 2023, the Defendants served Plaintiff with a written demand for jury trial in compliance with Fed. R. Civ. P. 38(b).

SO ORDERED this  9   day of February, 2024.

BY THE COURT:

_____
Scott T. Varholak
United States Magistrate Judge

DATED at Denver, Colorado, this 9th day of February, 2024.

APPROVED:

| *s/ Jacob E. Reed* | *s/ Virginia R. Carreno* |
|---|---|
| Jacob E. Reed | Virginia R. Carreno |
| ALLIANCE DEFENDING FREEDOM | Colorado Attorney General's Office |
| 44180 Riverside Parkway | 1300 Broadway, 6th Floor |
| Lansdowne, VA 20176 | Denver, CO 80203 |
| Telephone: (571) 707-4655 | Telephone: 720-508-6601 |
| Email: jreed@ADFlegal.org | Email: Virginia.Carreno@coag.gov |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

3