IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01557-DDD-STV

**DARREN PATTERSON CHRISTIAN ACADEMY**
    Plaintiff,
v.

**LISA ROY**, in her official capacity as Executive Director of the Colorado Department of Early Childhood; and

**DAWN ODEAN**, in her official capacity as Director of Colorado's Universal Preschool Program,
    Defendants.

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

The parties, through undersigned counsel, move for entry of the attached Stipulated Protective Order in this action and as grounds state:

The parties are actively cooperating in completing discovery within the Scheduling Order deadlines. In the course of producing documents, Defendants recognized that certain discoverable materials contained not just personally identifying information (PII), which all parties have agreed to redact, but also private or otherwise non-public information: sometimes such material is provided to Defendants with an expectation of non-dissemination or anonymity, sometimes allegations are made about third parties that may later prove to be unfounded; in all events, Defendants' ongoing investigations are treated as confidential.

Defendants thus asked Plaintiff to agree to a Protective Order with two levels of protection: "Confidential" generally for non-public information of a sensitive nature, and "Attorneys Eyes Only" for third-party materials (and actions taken thereon) where the information would never be shared with uninvolved persons, such as Plaintiff in this matter. To

1

be evenhanded, Defendants made the protections bilateral, in the event Plaintiff has its own private processes or information to protect.

Plaintiff does not necessarily agree with the need for special confidential treatment, or for any elevated protection from access to the third-party materials, but for the sake of cooperation through discovery has negotiated and agreed to the proposed Order.

The parties used as their starting template the Protective Order found on this Court's website. Some modest clarifications were added, along with the Attorneys Eyes Only classification and treatment; the parties also agree to abide by the agreement from now through final execution by this Court. All of these changes are found in redline in the attached PDF document. (Pursuant to ECF protocols, the document is being filed in PDF rather than as a Word document) In addition, a courtesy PDF of the final proposed agreement is provided without the redline.  Pursuant to the Uniform Civil Practice Standards of the US Magistrate Judges Page 10, a Word document of the final non-redline Proposed Stipulated Protective Order is being contemporaneously emailed to chambers with a copy to all parties.

WHEREFORE, the parties ask that the Court enter the attached proposed Stipulated Protective Order.

Respectfully submitted this April 4, 2024.

| /s/ Jeremiah Galus | /s/ J. Gregory Whitehair |
|---|---|
| ALLIANCE DEFENDING FREEDOM<br>David A. Cortman<br>Ryan J. Tucker<br>Jeremiah Galus<br>Bryan D. Neihart<br>15100 N. 90th Street<br>Scottsdale, AZ 85260 | COLORADO ATTORNEY GENERAL'S OFFICE<br>Virginia R. Carreno*<br>Janna K. Fischer*<br>Michele Mulhausen*<br>Brianna S. Tancher*<br>J. Gregory Whitehair* |

| | |
|---|---|
| Jacob E. Reed | 1300 Broadway, 6th Floor |
| 44180 Riverside Parkway | Denver, Colorado 80203 |
| Lansdowne, VA 20176 | Telephone: (720) 508-6000 |
| Telephone: (571) 707-4655 | Email: virginia.carreno@coag.gov |
| Email: jreed@ADFlegal.org | janna.fischer@coag.gov |
| jgalus@ADFlegal.org | michele.mulhausen@coag.gov |
| rtucker@ADFlegal.org | brianna.tancher@coag.gov |
| dcortman@ADFlegal.org | greg.whitehair@coag.gov |
| bneihart@adflegal.org | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | *Counsel of Record |

### CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2024, I electronically filed the foregoing **JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** with the Clerk of Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system:

*s/* Bonnie Smith

3

4