**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-01557-DDD-STV

**DARREN PATTERSON CHRISTIAN ACADEMY**
Plaintiff,
v.

**LISA ROY**, in her official capacity as Executive Director of the Colorado Department of Early Childhood; and

**DAWN ODEAN**, in her official capacity as Director of Colorado's Universal Preschool Program,
Defendants.

---

**JOINT MOTION TO FURTHER AMEND**
**JOINT AMENDED SCHEDULING ORDER [ECF 61]**

---

The parties, through undersigned counsel, move together to amend the Joint Amended Scheduling Order dated February 9, 2024 [ECF 61] and as grounds state:

1. The parties are actively conducting written discovery and are in the process of completing depositions of party and non-party witnesses. The non-expert discovery cutoff in ECF 61 is presently set for Monday, April 22, 2024 (there are separate expert disclosure and discovery deadlines found in ECF 61).

2. Within the present discovery period, and 20 days before the cutoff, Defendants sought to depose three non-party witnesses affiliated with the Plaintiff preschool, and agreed to limit them to two hours each. Plaintiff does not object to these depositions as proposed, but scheduling was not possible until two business days *after* the cutoff, on April 24, 2024. The parties thus jointly seek to enlarge the present cutoff to accommodate these three depositions.

3. No prior enlargements of this April 22, 2024 (non-expert) discovery cutoff have been previously requested, though before that date was set by joint request, there was a non-specific cutoff date found in the August 30, 3023 Scheduling Order [ECF 36].

4. Pursuant to Local Rule 6.1(c), the parties are being served by their respective counsel with a copy of this request for enlargement.

WHEREFORE, the parties ask that the Court enter an order modifying the Joint Amended Scheduling Order to allow these three depositions to take place beyond the current April 22, 2024 cut off, to be completed on or before April 24, 2024. A courtesy Order to that effect is attached hereto.

Respectfully submitted this April 15, 2024.

*/s/ Ryan Tucker*

ALLIANCE DEFENDING FREEDOM
David A. Cortman
Ryan J. Tucker
Jeremiah Galus
Bryan D. Neihart
15100 N. 90th Street
Scottsdale, AZ 85260
Jacob E. Reed
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
Email: jreed@ADFlegal.org
jgalus@ADFlegal.org
rtucker@ADFlegal.org
dcortman@ADFlegal.org
bneihart@adflegal.org
*Attorneys for Plaintiff*

*/s/ Gregory Whitehair*

COLORADO ATTORNEY GENERAL'S OFFICE
Virginia R. Carreno*
Janna K. Fischer*
Michele Mulhausen*
Brianna S. Tancher*
J. Gregory Whitehair*
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: (720) 508-6000
Email: virginia.carreno@coag.gov
janna.fischer@coag.gov
michele.mulhausen@coag.gov
brianna.tancher@coag.gov
greg.whitehair@coag.gov
*Attorneys for Defendants*
*Counsel of Record

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2024, I electronically filed the foregoing **JOINT MOTION TO FURTHER AMEND THE JOINT AMENDED SCHEDULING ORDER [ECF 61]** with the Clerk of Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system:

*s/* Bonnie Smith

_____    _____

4