IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01557-DDD-STV

**DARREN PATTERSON CHRISTIAN ACADEMY**
          Plaintiff,
v.

**LISA ROY**, in her official capacity as Executive Director of the Colorado Department of Early Childhood; and

**DAWN ODEAN**, in her official capacity as Director of Colorado's Universal Preschool Program,
          Defendants.

## ORDER AMENDING JOINT AMENDED SCHEDULING ORDER [ECF 61]

The Court, having reviewed the parties' Joint Motion to Further Amend Joint Amended Scheduling Order dated February 9, 2024 and the Court file, and good cause being shown, hereby ORDERS:

The February 9, 2024, Joint Amended Scheduling Order [ECF 61] is further amended to allow Defendants to take three non-party depositions beyond the current April 22, 2024 discovery cut off deadline, to be completed on or before April 24, 2024.

_____
Scott T. Varholak
United States Magistrate Judge