IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01557-DDD-STV

**DARREN PATTERSON CHRISTIAN ACADEMY**
    Plaintiff,
v.

**LISA ROY**, in her official capacity as Executive Director of the Colorado Department of Early Childhood; and

**DAWN ODEAN**, in her official capacity as Director of Colorado's Universal Preschool Program,
    Defendants.

## UNOPPOSED MOTION TO AMEND
## JOINT AMENDED SCHEDULING ORDER [ECF 61]

Defendants, through undersigned counsel, move to amend the Joint Amended Scheduling Order dated February 9, 2024 [ECF 61] and as grounds state:

1.      Undersigned counsel conferred with Plaintiff's counsel regarding the requested relief on May 30, 2024.  Plaintiff does not oppose the requested relief.

2.      The parties are in the process of completing depositions of expert witnesses. The expert discovery cutoff is presently set for Thursday, June 13, 2024.

3.      On the afternoon of May 30, 2024, which was the last day to submit rebuttal expert reports, Plaintiff produced a 140-page report from Dr. Stephen Levine.

4.      May 30, 2024 was also exactly 14 days before the expert discovery cutoff, and Plaintiff was already scheduled to take depositions of Defendants' experts On June 12-13, 2024, in Massachusetts.

1

5. Defendants immediately conferred with Plaintiff's counsel regarding Dr. Levine's availability and all parties are available on June 20, 2024. Given the already scheduled depositions in Massachusetts and the receipt of the document on May 30, 2024, scheduling was not possible until seven days *after* the cutoff, on June 20, 2024. Defendants thus seek to enlarge the present cutoff to accommodate this deposition. Plaintiff does not oppose the extension.

6. No prior enlargements of this June 13, 2024 expert discovery cutoff have been previously requested, though before that date was set by joint request, there was a non-specific cutoff date found in the August 30, 3023 Scheduling Order [ECF 36].

WHEREFORE, the Defendants ask that the Court enter an order modifying the Joint Amended Scheduling Order to allow this expert deposition to take place beyond the current June 13, 2024, cut off, to be completed on or before June 20, 2024.

Respectfully submitted this June 5, 2024.

    PHILIP J. WEISER
    Attorney General

    *s/ Virginia R. Careno*
    VIRGINIA R. CARRENO*
    Second Assistant Attorney General
    JANNA K. FISCHER*
    Senior Assistant Attorney General
    MICHELE MULHAUSEN*
    Assistant Attorney General
    BRIANNA S. TANCHER*
    Assistant Attorney General
    J. GREGORY WHITEHAIR*
    Assistant Attorney General
    Colorado Attorney General's Office
    1300 Broadway, 6th Floor
    Denver, Colorado 80203
    Telephone: (720) 508-6000
    Email: virginia.carreno@coag.gov

janna.fischer@coag.gov  
michele.mulhausen@coag.gov  
brianna.tancher@coag.gov  
greg.whitehair@coag.gov  
*Attorneys for Defendants*  
\*Counsel of Record

# CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system:

Jacob E. Reed  
Philip A. Sechler  
Alliance Defending Freedom  
44180 Riverside Parkway  
Lansdowne, VA 20176  
Email: jreed@ADFlegal.org; psechler@ADFlegal.org

David A. Cortman  
Ryan J. Tucker  
Jeremiah Galus  
Bryan Neihart  
Alliance Defending Freedom  
15100 N. 90th Street  
Scottsdale, AZ 85260  
Email: dcortman@ADFlegal.org; rtucker@ADFlegal.org; jgalus@ADFlegal.org; bneihart@ADFlegal.org  
*Attorneys for Plaintiff*

*Copy provided to Defendants via email*

/s/   Bonnie Smith_____