IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-1557-DDD-STV

DARREN PATTERSON CHRISTIAN
ACADEMY,

        *Plaintiff*,

  v.

LISA ROY, et al.,

        *Defendants*.

---

**PLAINTIFF'S UNOPPOSED MOTION TO EXCEED WORD LIMITATION**

---

Plaintiff Darren Patterson Christian Academy moves for an order permitting it to exceed the word limitation set by DDD Civ. P.S. III(A)(2) on its motion for summary judgment by 1,000 words. Plaintiff requests that it be allowed to file a motion for summary judgment that does not exceed 6,500 words. Plaintiff's summary judgment motion is due June 21, 2024.

Plaintiff's counsel emailed Defendants' counsel on June 13, and on June 16, Defendants' counsel responded that Defendants do not oppose this request.

Good cause exists to grant this motion. The 5,500 word limitation applies to the entirety of the motion for summary judgment, which must include: the motion itself, a statement of undisputed material facts, and the legal arguments. This case involves a constitutional challenge by a Christian school to certain non-discrimination rules imposed by Defendants as a condition to participating in Colorado's Universal Preschool Program. Because Plaintiff's anticipated motion will

move on all of Plaintiff's claims for relief, it must present the Court with sufficient facts and legal argument related to Plaintiff's religious beliefs and practices, the development of the Universal Preschool Program, the relevant Program rules and requirements, and Defendants' interpretation and enforcement of those rules and requirements, among other things. The discovery process has also revealed additional material facts relevant to Plaintiff's claims that have not otherwise been disclosed to this Court, which Plaintiff intends to include in the motion.

Plaintiff has strived to make the motion for summary judgment as brief as possible, but given the reasons above, it anticipates having to exceed the current 5,500 word limit to sufficiently and fully set forth the material facts and legal arguments. The Court has granted comparable extensions at the summary judgment stage. *See* Order Granting Motion to Exceed Word Limitation, *Romisch, et al. v. U.S. Dep't of Com.*, Case No. 1:22-cv-00257-DDD-NRN (D. Colo. May 10, 2023) (Domenico, J.) (ECF No. 39) (granting 1,500 word extension for summary judgment motion).

Plaintiff respectfully requests an extension of 1,000 words (not to exceed 6,500) on its impending motion for summary judgment.

Respectfully submitted this 17th day of June, 2024,

s/ Jacob E. Reed
Jacob E. Reed, VA Bar No. 97181
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
Email: jreed@ADFlegal.org

Jeremiah Galus, AZ Bar No. 30469
Ryan J. Tucker, AZ Bar No. 34382
David A. Cortman, AZ Bar No. 29490
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
Email: jgalus@ADFlegal.org
         rtucker@ADFlegal.org
         dcortman@ADFlegal.org

*Attorneys for Plaintiff*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record.

                                      s/ Jacob E. Reed
                                      Jacob E. Reed
                                      *Attorney for Plaintiff*