THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01557-DDD-STV

**DARREN PATTERSON CHRISTIAN ACADEMY**
	Plaintiff,
v.

**LISA ROY**, in her official capacity as Executive Director of the Colorado Department of Early Childhood; and

**DAWN ODEAN**, in her official capacity as Director of Colorado's Universal Preschool Program,
	Defendants.

## DEFENDANTS' NOTICE OF RULEMAKING

Defendants, Lisa Roy and Dawn Odean, through undersigned counsel, hereby file this Notice of Rulemaking to notify the Court of the following relevant facts that have arisen since the Summary Judgment Briefing:

The Colorado Department of Early Childhood ("Department") has commenced rulemaking concerning the congregation preference. A federal district court judge found that the statute, Colo. Rev. Stat. § 26.5-4-205(2)(b), does not give the Department the authority or discretion to create exceptions from the statute's equal-opportunity requirements, but that the congregation preference is an exception from the provision requiring equal opportunity regardless of religious affiliation. *See St. Mary Cath. Par. in Littleton v. Roy*, 2024 WL 3160324 *1, 27, 31-32 (D. Colo. June 4, 2024). While the Department did not intend the congregation preference to permit any actions in conflict with Colo. Rev. Stat. § 26.5-4-205(2)(b), the Department is seeking to repeal the congregation preference because the

1

Department is committed to complying with all statutory requirements and to ensuring that all children have an equal opportunity to enroll in and receive safe and healthy, high-quality, publicly-funded preschool services.

As such, the Department initiated the rulemaking process on October 4, 2024, and the rule was approved by the Rules Advisory Council as written on October 10, 2024, during a public hearing. The remaining timeline of the proposed rulemaking shall proceed as follows:

> **PUBLIC RULEMAKING HEARING DISCUSSION DATE**
> October 24, 2024
>
> **PUBLIC RULEMAKING HEARING ADOPTION DATE**
> November 21, 2024
>
> **EFFECTIVE DATE, IF ADOPTED**
> January 14, 2025

The Rulemaking Packet is attached hereto as Exhibit 1083.

Respectfully submitted this October 11, 2024.

> PHILIP J. WEISER
> Attorney General
>
> *s/ Virginia R. Carreno*
> VIRGINIA R. CARRENO*
> Second Assistant Attorney General
> JANNA K. FISCHER*
> Senior Assistant Attorney General
> MICHELE MULHAUSEN*
> Assistant Attorney General
> BRIANNA S. TANCHER*
> Assistant Attorney General
> J. GREGORY WHITEHAIR*
> Senior Assistant Attorney General
> Colorado Attorney General's Office
> 1300 Broadway, 6th Floor
> Denver, Colorado 80203

            Telephone: (720) 508-6000
            Email: virginia.carreno@coag.gov
               janna.fischer@coag.gov
               michele.mulhausen@coag.gov
               brianna.tancher@coag.gov
               greg.whitehair@coag.gov
            *Attorneys for Defendants*
            *Counsel of Record

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

  I hereby certify that on October 11, 2024, I electronically filed the foregoing **DEFENDANTS' NOTICE OF RULEMAKING** with the Clerk of Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system:

Jacob E. Reed
Philip A. Sechler
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
Email: jreed@ADFlegal.org; psechler@ADFlegal.org

David A. Cortman
Ryan J. Tucker
Jeremiah Galus
Bryan Neihart
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Email: dcortman@ADFlegal.org; rtucker@ADFlegal.org; jgalus@ADFlegal.org; bneihart@ADFlegal.org
*Attorneys for Plaintiff*

 /s/ Bonnie Smith_____