THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01557-DDD-STV

**DARREN PATTERSON CHRISTIAN ACADEMY**
    Plaintiff,
v.

**LISA ROY**, in her official capacity as Executive Director of the Colorado Department of Early Childhood; and

**DAWN ODEAN**, in her official capacity as Director of Colorado's Universal Preschool Program,
    Defendants.

## DEFENDANTS' NOTICE OF IMPLEMENTATION OF RULE

Defendants, Lisa Roy and Dawn Odean, through undersigned counsel, hereby file this Notice of Implementation of Rule to notify the Court of the following relevant facts that have arisen since the Summary Judgment Briefing:

The Colorado Department of Early Childhood ("Department") has implemented a rule repealing the congregation preference. The Department initiated the rulemaking process on October 4, 2024, and the rule was approved by the Rules Advisory Council as written on October 10, 2024, during a public hearing. Public rulemaking hearings took place October 24, 2024, and November 21, 2024. The repeal became effective on January 14, 2025. Amended Rule 8 CCR 1401-1 is attached hereto as Exhibit 1084.

1

Respectfully submitted this January 16, 2025.

> PHILIP J. WEISER
> Attorney General
>
> s/ Virginia R. Carreno
> VIRGINIA R. CARRENO*
> Second Assistant Attorney General
> JANNA K. FISCHER*
> Senior Assistant Attorney General
> MICHELE MULHAUSEN*
> Assistant Attorney General
> BRIANNA S. TANCHER*
> Assistant Attorney General
> J. GREGORY WHITEHAIR*
> Senior Assistant Attorney General
> Colorado Attorney General's Office
> 1300 Broadway, 6th Floor
> Denver, Colorado 80203
> Telephone: (720) 508-6000
> Email: virginia.carreno@coag.gov
> janna.fischer@coag.gov
> michele.mulhausen@coag.gov
> brianna.tancher@coag.gov
> greg.whitehair@coag.gov
> *Attorneys for Defendants*
> *Counsel of Record

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

      I hereby certify that on January 16, 2025, I electronically filed the foregoing **DEFENDANTS' NOTICE OF IMPLEMENTATION OF RULE** with the Clerk of Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system:

Jacob E. Reed
Philip A. Sechler
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
Email: jreed@ADFlegal.org; psechler@ADFlegal.org

David A. Cortman
Ryan J. Tucker
Jeremiah Galus
Bryan Neihart
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Email: dcortman@ADFlegal.org; rtucker@ADFlegal.org; jgalus@ADFlegal.org; bneihart@ADFlegal.org
*Attorneys for Plaintiff*

 /s/  Bonnie Smith_____