**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-01557-DDD-STV

DARREN PATTERSON CHRISTIAN
ACADEMY,

> *Plaintiff,*

v.

LISA ROY, et al.,

> *Defendants.*

---

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE FOR FEES AND COSTS**

---

Plaintiff respectfully submits this unopposed motion to extend the time to file a petition for attorney's fees and a proposed bill of costs until 30 days after the expiration of the deadline for appeal (if there is no appeal) or 30 days after final resolution of all appeals (if there is an appeal).

On February 24, the Court entered final judgment in favor of Plaintiff and issued a permanent injunction barring Defendants from expelling, punishing, withholding funds from, or otherwise disciplining Plaintiff under the Universal Pre-school Program on the basis that Plaintiff's policies, as alleged in the verified complaint, violate the program's statutory or contractual anti-discrimination provisions. ECF Nos. 97, 98.

Under Rule 54 and this Court's local rules, a petition for attorney's fees and a proposed bill of costs would ordinarily be due within 14 days of the judgment. Fed.

1

R. Civ. P. 54(d)(2)(B)(i); D.C.COLO.LCivR 54.1; *see also* 42 U.S.C. § 1988(b)
(providing for reasonable attorney's fees for prevailing party in Section 1983 and
similar actions).

However, in the interests of judicial economy and avoiding duplicative fee
litigation, Plaintiff respectfully requests that the Court extend the time to file a
petition for attorney's fees and a proposed bill of costs until 30 days after the
expiration of the deadline for appeal (if there is no appeal) or after final resolution
of all appeals (if there is an appeal). *See* Fed. R. Civ. P. 54(d)(2)(B) (default deadline
applies "[u]nless a ... court order provides otherwise"). Because an appeal could
affect any request for fees, attempting to resolve the issue now would be an
inefficient use of the Court's and parties' resources. *See, e.g.*, *St. Mary Catholic
Parish in Littleton v. Roy*, No. 1:23-cv-2079-JLK (D. Colo. June 10, 2024), ECF No.
119 (granting similar extension); *Rice's Lucky Clover Honey, LLC v. Hawley*, No.
1:14-cv-402-RPM (D. Colo. May 24, 2016), ECF No. 91 (deferring motion for
attorney's fees pending appeal).

Plaintiff's counsel conferred with Defendants' counsel about this motion via
email on February 27. Defendants' counsel responded on March 4 that Defendants
do not oppose the motion.

Respectfully submitted this 4th day of March, 2025,

<table>
<tr><td></td><td>s/ Jeremiah Galus</td></tr>
<tr><td>Philip A. Sechler, VA Bar #99761</td><td>David A. Cortman, AZ Bar #029490</td></tr>
<tr><td>Jacob E. Reed, VA Bar #97181</td><td>Ryan J. Tucker, AZ Bar #034382</td></tr>
<tr><td>ALLIANCE DEFENDING FREEDOM</td><td>Jeremiah Galus, AZ Bar #030469</td></tr>
<tr><td>44180 Riverside Parkway</td><td>Bryan Neihart, AZ Bar #035937</td></tr>
<tr><td>Lansdowne, VA 20176</td><td>ALLIANCE DEFENDING FREEDOM</td></tr>
<tr><td>Telephone: (571) 707-4655</td><td>15100 N. 90th Street</td></tr>
<tr><td>Email: psechler@adflegal.org</td><td>Scottsdale, AZ 85260</td></tr>
<tr><td>      jreed@adflegal.org</td><td>Telephone: (480) 444-0020</td></tr>
<tr><td></td><td>Email: dcortman@adflegal.org</td></tr>
<tr><td></td><td>      rtucker@adflegal.org</td></tr>
<tr><td></td><td>      jgalus@adflegal.org</td></tr>
<tr><td></td><td>      bneihart@adflegal.org</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2025 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated:  March 4, 2025

*s/ Jeremiah Galus*
Jeremiah Galus
Attorney for Plaintiff