THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01557-DDD-STV

**DARREN PATTERSON CHRISTIAN ACADEMY**
    Plaintiff,
v.

**LISA ROY**, in her official capacity as Executive Director of the Colorado Department of Early Childhood; and

**DAWN ODEAN**, in her official capacity as Director of Colorado's Universal Preschool Program,
    Defendants.

## DEFENDANTS' REPLY IN SUPPORT OF MOTION TO ALTER OR AMEND A JUDGMENT PURSUANT TO RULE 59(e)

Pursuant to Fed. R. Civ. P. 59(e), Defendants, Lisa Roy and Dawn Odean, submit their Reply in support of its request that this Court amend its Final Judgment.

1.    On March 25, 2025, Plaintiff filed a Response to Defendants' Motion to Alter or Amend a Judgment Pursuant to Rule 59(e) ("Response").

2.    According to the Response, Plaintiff has "no objection to this Court amending the judgment to clarify that summary judgment was granted only for the Free Exercise claim and that it was unnecessary to reach the Free Speech and Equal Protection claims." Resp. at p. 2.

3.    Pursuant to the arguments made in Defendants' Motion and Plaintiff's position in the Response, Defendants respectfully request that the Court certify the

Free Exercise claim for appeal pursuant to Fed. R. Civ. P. 54(b) in the interest of judicial economy as there is no just reason to delay appeal of the Free Exercise claim at this time.

WHEREFORE, pursuant to Fed. R. Civ. P. 59(e), Defendants respectfully request that this Court amend or clarify its Order and Final Judgment certifying the Free Exercise claim for appeal under Fed. R. Civ. P. 54(b).

Respectfully submitted this 3rd day of April, 2025.

PHILIP J. WEISER
Attorney General

s/ *Virginia R. Carreno*
VIRGINIA R. CARRENO*
Second Assistant Attorney General
JANNA K. FISCHER*
Senior Assistant Attorney General
MICHELE MULHAUSEN*
Assistant Attorney General
BRIANNA S. TANCHER*
Assistant Attorney General
J. GREGORY WHITEHAIR*
Senior Assistant Attorney General
Colorado Attorney General's Office
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: (720) 508-6000
Email: virginia.carreno@coag.gov
    janna.fischer@coag.gov
    michele.mulhausen@coag.gov
    brianna.tancher@coag.gov
    greg.whitehair@coag.gov
*Attorneys for Defendants*
*Counsel of Record

2

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2025, I electronically filed the foregoing **DEFENDANTS' REPLY IN SUPPORT OF MOTION TO ALTER OR AMEND A JUDGMENT PURSUANT TO RULE 59(e)** with the Clerk of Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system:

Jacob E. Reed
Philip A. Sechler
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
Email: jreed@ADFlegal.org; psechler@ADFlegal.org

David A. Cortman
Ryan J. Tucker
Jeremiah Galus
Bryan Neihart
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Email: dcortman@ADFlegal.org; rtucker@ADFlegal.org; jgalus@ADFlegal.org; bneihart@ADFlegal.org
*Attorneys for Plaintiff*

  /s/   Bonnie Smith