IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01557-DDD-STV

DARREN PATTERSON CHRISTIAN ACADEMY,

    Plaintiff,

v.

LISA ROY; and
DAWN ODEAN,

    Defendants.

## AMENDED FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed April 7, 2025, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendants, Lisa Roy and Dawn Odean, and against Plaintiff, Darren Patterson Christian Academy, on Defendants' Motion for Summary Judgment. It is further

ORDERED that Plaintiff's claims pertaining to Provision 18(B) are DISMISSED AS MOOT. It is further

ORDERED that judgment is hereby entered in favor of Plaintiff, Darren Patterson Christian Academy, and against Defendants, Lisa Roy and Dawn Odean, on Plaintiff's Motion for Summary Judgment, with respect to its Free Exercise claim, but not its Free Speech or Equal Protection Claims. It is further

ORDERED that as to Plaintiff's Free Exercise claim, Defendants, their officers, agents, servants, employees, and attorneys, and any others who are in active concert or in participation with any of the above, are PERMANENTLY ENJOINED from expelling, punishing, withholding funds from, or otherwise disciplining Plaintiff under the Universal Pre-school Program on the basis that Plaintiff's policies, as alleged in the verified complaint, violate the program's statutory or contractual anti-discrimination provisions. It is further

ORDERED that this case is closed.

DATED at Denver, Colorado this 7th day of April 2025.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk